[No. 6,677.—Department Two.]

## THOMAS W. CORDOR v. HENRY N. MORSE.

NEW TRIAL.—*Held*, that the order in this case granting a new trial upon terms was not erroneous.

APPEAL from a judgment in favor of the plaintiff, and an order granting a new trial, in the Third District Court, County of Alameda.   McKEE, J.

The following is the order from which the defendant appealed: " This cause having been heretofore submitted to the Court, upon defendant's motion for a new trial herein, and the Court having now fully considered the same, it is ordered that said motion be and the same hereby is granted, upon the payment by defendant of the costs taxed herein, as per cost bill on file, within five days; and it is further ordered, that if the conditions of this order be complied with, that said cause be placed on the calendar for trial at this term of the Court."

*O' Connor & Pardow*, for Appellant.

*John C. Hall*, for Respondent.

The COURT:

There is no error in the ruling of the Court below in this cause, and the judgment and orders appealed from are affirmed.